## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge William J. Martínez

Civil Action No. 15-cv-2793-WJM

WENDY STALHEIM,

    Plaintiff,

v.

GEICO GENERAL INSURANCE COMPANY, a/k/a GEICO CASUALTY COMPANY, a/k/a GEICO INDEMNITY COMPANY, a/k/a GEICO AGENCY,

    Defendant.

## ORDER ON JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

This matter comes before the Court on the parties' Joint Stipulation of Dismissal with Prejudice. The Court having considered the Joint Stipulation of Dismissal with Prejudice, hereby ORDERS as follows:

The Joint Stipulation of Dismissal with Prejudice is hereby GRANTED. Any and all claims are dismissed with prejudice with each party to bear their own costs and attorney's fees.

Dated this 20th day of April, 2016.

BY THE COURT:

_____
William J. Martínez
United States District Judge